# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KIM PRENTICE and CHASTITY KELLY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY and PERRIGO RESEARCH & DEVELOPMENT,<br><br>        Defendants. | Case No. 1:22-CV-00170-PLM-SJB<br><br>HON. PAUL L. MALONEY<br><br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS
## CLASS ACTION COMPLAINT AND JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Perrigo Company ("Perrigo Co.") and Perrigo Research and Development ("Perrigo R&D"), collectively ("Perrigo"), by and through its undersigned attorneys, respectfully requests that the Court grant its Motion to Dismiss Class Action Complaint filed by Plaintiffs Kim Prentice and Chastity Kelly because the Complaint fails to state a claim upon which relief may be granted. In further support of this Motion, Perrigo submits the attached Brief in Support of their Motion to Dismiss.

Dated:  May 6, 2022

                                              /s/ Janet Ramsey
                                              Janet Ramsey (P63285)
                                              Thomas M. Amon (P72351)
                                              WARNER NORCROSS + JUDD LLP
                                              150 Ottawa Ave., NW, Ste. 1500
                                              Grand Rapids, MI 49503
                                              Telephone:  616.752.2000
                                              jramsey@wnj.com
                                              tamon@wnj.com