IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIM PRENTICE and CHASTITY KELLY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>PERRIGO COMPANY,<br><br>     Defendant. | Case No. 1:22-cv-00170-PLM-SJB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PERRIGO RESEARCH AND DEVELOPMENT** |

  Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs Kim Prentice and Chastity Kelly hereby dismiss, without prejudice, all claims against Defendant Perrigo Research & Development.  To be clear, Plaintiffs are not dismissing their claims against Perrigo Company.  Each party shall bear its own costs.

Dated: May 26, 2022         Respectfully submitted,

                By: */s/ Nick Suciu III*
                One of Plaintiff's Attorneys

                Nick Suciu, III
                nsuciu@milberg.com
                MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
                6905 Telegraph Road Suite 115
                Bloomfield Hills, MI 48301
                Telephone: 313-303-3472

Yeremey Krivoshey
ykrivoshey@bursor.com
Brittany S. Scott
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

Jonas Jacobson
jonas@dovel.com
Simon Franzini
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066

*Attorneys for Plaintiffs*