## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| KIM PRENTICE and CHASTITY KELLY, individually and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY,<br><br>   Defendant. | Case No. 1:22-CV-00170-PLM-SJB<br><br>HON. PAUL L. MALONEY<br><br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT'S MOTION TO DISMISS
## FIRST AMENDED COMPLAINT

Defendant Perrigo Company moves to dismiss in its entirety the First Amended Complaint filed by Plaintiffs Kim Prentice and Chastity Kelly pursuant to Fed. R. Civ. P. 12(b)(6) because it fails to state a claim upon which relief may be granted, and/or to strike the "nationwide class" allegations pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f).  In further support of this Motion, Perrigo submits the attached Brief in Support.

Dated:  June 10, 2022          /s/ Thomas M. Amon
                 Janet Ramsey (P63285)
                 Thomas M. Amon (P72351)
                 WARNER NORCROSS + JUDD LLP
                 150 Ottawa Ave., NW, Ste. 1500
                 Grand Rapids, MI 49503
                 Telephone:  616.752.2000
                 jramsey@wnj.com
                 tamon@wnj.com

081799.202322 #26471900