UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIM PRENTICE and CHASTITY KELLY, individually and on behalf of all other similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>PERRIGO COMPANY,<br><br>             Defendant. | Case No. 1:22-cv-00170-PLM-SJB<br><br>Hon. Paul Maloney |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE**</u>

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Chastity Kelly and Kim Prentice hereby dismiss, <u>without prejudice</u>, all claims against Defendant Perrigo Company. Each party shall bear its own costs.

Dated: September 22, 2022

Respectfully submitted,

By: /s/ Brittany S. Scott

Yeremey Krivoshey*
ykrivoshey@bursor.com
Brittany S. Scott*
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile:  (310) 656-7069

Nick Suciu, III
nsuciu@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road Suite 115
Bloomfield Hills, MI 48301
Telephone: 313-303-3472

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice.